U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

MAR 2 1 2008

CLERK, U.S. DISTRICT COURT
By _____
            Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

HCC AVIATION INSURANCE GROUP, §
INC. and UNIVERSAL LOSS §
MANAGEMENT, INC., §
　§
Petitioners, §
　§
vs. § Case No. 3:05-CV-744(BH)
　§
EMPLOYERS REINSURANCE §
CORPORATION, §
　§
Respondent. §

### AGREED ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF THE UNITED STATES MAGISTRATE JUDGE

United States Magistrate Judge Irma Carrillo Ramirez has made Findings, Conclusions, and Recommendations in this case. No objections were filed by Respondent, and the objections which were filed by Petitioners have been withdrawn. The Court accepts the Findings, Conclusions, and Recommendations entered by the United States Magistrate Judge on February 25, 2008.

Accordingly, Petitioners' Fee Application is granted in part, and the Respondent is ordered to pay $236,700.47 to Petitioner.

DATED: MARCH 21, 2008

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE

AGREED:

_____
Richard P. Colquitt
Counsel for Petitioners

_____
Darren K. Sharp
Counsel for Respondent

1